UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA KARIM, on behalf of herself and all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>ARBONNE INTERNATIONAL, LLC,<br><br>              Defendant. | 1:24-cv-2998-GHW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JESSICA KARIM ("Plaintiff") and ARBONNE INTERNATIONAL, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____September 6_____, 2024

GABRIEL A. LEVY, P.C.

By: _____
      Gabriel A. Levy, Esq.
      1129 Northern Blvd, Suite 404
      Manhasset, NY 11030
      Tel: (347) 941-4715
      Email: Glevyfirm@gmail.com

 *Attorneys for Plaintiff*

**SO ORDERED:**

Dated: _____, 2024

MORGAN, LEWIS & BOCKIUS LLP

By: _____
      Michael F. Fleming
      101 Park Avenue
      New York, New York 10178
      Tel:  (212) 309-6207
      Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

_____
      United States District Judge